UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | )<br>)<br>)<br>) |  |
| v. | ) | **JUDGMENT** |
| $9,539.00 IN U.S. CURRENCY,<br>　　Defendant. | )<br>)<br>)<br>) | No. 4:11-CV-9-D |

**Decision by Court.**

　　**IT IS ORDERED, ADJUDGED AND DECREED THAT**:

　　1.　Default judgment be and the same is hereby entered against the defendant;

　　2.　All persons claiming any right, title, or interest in or to the said defendants are held in default;

　　3.　The defendants are forfeited to the United States of America; and

　　4.　The United States Marshal Service is hereby directed to dispose of the defendant according to law　　　　.

　　**This Judgment Filed and Entered on June 15, 2011, and Copies To:**
　　Stephen A. West (Via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| June 15, 2011 | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |